*Bertrand Ettinger* for motion.
*Zarah Williamson* for plaintiff.

Motion withdrawn.

In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of and Trustee under the Will of SAMUEL C. HILDRETH, Deceased, Appellant. MARY E. HILDRETH, Respondent.

Submitted May 22, 1950; decided May 24, 1950.

*Frederick L. Kane* for motion.

*Francis S. Bensel* opposed.

Motion to dismiss appeal, insofar as it relates to matters that were not determined by the Appellate Division, denied with leave to renew upon the argument.